IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Michael J. Reiser,

    Plaintiff,

    v.                                       Case No. 2:11-cv-1010

Commissioner of                    JUDGE GEORGE C. SMITH
Social Security,                       Magistrate Judge Kemp

    Defendant.

## ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on December 11, 2012. The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. The plaintiff's statement of errors is **SUSTAINED** to the extent that this case is remanded to the Commissioner for further proceedings pursuant to 42 U.S.C. §405(g), sentence four.

**IT IS SO ORDERED.**

/S/ George C. Smith

George C. Smith
United States District Judge